UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REGINALD ROBERT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-11632** |
| **JAMIE MAURICE, et al.** | **SECTION: "G"(4)** |

## ORDER

**IT IS HEREBY ORDERED** that the status conference in the above captioned matter scheduled for October 22, 2019, at 10:00 AM is continued to December 4, 2019, at 2:00 PM.

**NEW ORLEANS, LOUISIANA**, this __9th__ day of October, 2019.

*[signature: Nannette Jolivette Brown]*

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**