UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REGINALD ROBERT | * | CIVIL ACTION NO. 2:18-CV-11632 |
| VERSUS | * | JUDGE NANNETTE JOLIVETTE BROWN |
| JAMIE MAURICE, KNIGHT TRANSPORTATION, INC., AND ABC INSURANCE COMPANY | * | MAG. KAREN WELLS ROBY |
| | * | **JURY TRIAL** |

\* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Continue Discovery Deadline;

**IT IS HEREBY ORDERED** the Motion to Continue Discovery Deadline is **GRANTED**. The Court hereby extends the discovery deadline to February 20, 2020 to accommodate the deposition of Cornelius Garrison.

**IT IS FURTHER ORDERED** that all other deadlines from this Court's prior scheduling order shall remain in effect and that any party may move to extend a specific deadline upon a showing of good cause.

New Orleans, Louisiana, this __7th__ day of February, 2020.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**