UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REGINALD ROBERT | * | CIVIL ACTION NO. 2:18-CV-11632 |
| | * | |
| VERSUS | * | JUDGE NANNETTE JOLIVETTE BROWN |
| | * | |
| JAMIE MAURICE, KNIGHT TRANSPORTATION, INC., AND | * * | MAG. KAREN WELLS ROBY |
| ABC INSURANCE COMPANY | * | **JURY TRIAL** |
| | * | |

\* \* \* \* \* \* \*

## DEFENDANTS' FIRST AMENDING WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come Defendants, **Knight Transportation, Inc.** and **Jamie Maurice**, who submit the following list of witnesses they may call and exhibits, which may be offered at the trial of this matter, in accordance with this Honorable Court's Order.

## WITNESS LIST

1. Reginald Robert, Plaintiff

2. Jamie Maurice, Defendant

3. Representative(s) of Knight Transportation, Inc., Defendant

4. Theresa Henry, witness
   2118 Clio St.,
   New Orleans, LA 70113

5. Derrick Benn, witness
   6101 Tullis Dr., Apt. 414G
   New Orleans, LA 70131

6. Marlene Alvis, witness
   12151 I-10 Service Rd., Apt. 403
   New Orleans, LA 70128

7. Officer Reginald Landry, New Orleans Police Department, investigating officer

8. Claude Kelly, former counsel of Mr. Cornelius Garrison

9. Representative(s) of Total Body Chiropractic, Plaintiff's treating physicians

10. Dr. Eric Lonseth and/or Representative(s) of Lonseth Interventional Pain Centers, Plaintiff's treating physicians

11. Dr. John Logan and/or Representative(s) of Dietze and Logan Spine Specialists, Plaintiff's treating physicians

12. Representative(s) of Diagnostic Imaging Services, Plaintiff's treating physicians

13. Representative(s) of LA MRI
    Regarding any medical treatment Plaintiff received for any reason before and/or after the accident at issue

14. Representative(s) of Walgreens Pharmacy
    Regarding any medical treatment Plaintiff received for any reason before and/or after the accident at issue

15. Representative(s) of Progressive Paloverde Insurance Company
    Any and all claims made by Plaintiff as a result of an auto accident, including property damages, medical treatment, and/or medical condition of Plaintiff

16. Representative(s) of Geico Insurance Company
    Any and all claims made by Plaintiff as a result of an auto accident, including property damages, medical treatment, and/or medical condition of Plaintiff

17. Representative(s) of State Farm Mutual Automobile Insurance Company
    Any and all claims made by Plaintiff as a result of an auto accident, including property damages, medical treatment, and/or medical condition of Plaintiff

18. Representative(s) of AT&T
    Authentication/information related to Plaintiff's cell phone records

19. Representative(s) of T-Mobile/Metro PCS
    Authentication/information related to Plaintiff's cell phone records

20. Representative(s) of Sprint
    Authentication/information related to Plaintiff's cell phone records

21. Representative(s) of Worley Parson's
    Plaintiff's employment prior and subsequent to the subject accident

22. Representative(s) of Petrin, LLC
    Plaintiff's employment prior to the subject accident

23. Representative(s) of Zachary Construction Corporation
    Plaintiff's employment prior to the subject accident

24. Representative(s) of Bywater Drilling
    Plaintiff's employment prior to the subject accident

25. Any healthcare provider, medical doctor, nurse, chiropractor, physical therapist, psychologist, psychiatrist, and/or medical provider who examined and/or provided treatment to Plaintiff for any reason before or after the accident at issue;

26. A representative of any and all insurance companies, including, but not limited to Progressive, regarding any and all claims made as a result of the accident, property damages, and medical treatment and/or medical condition of the Plaintiffs;

27. A representative of any and all insurance companies against whom Plaintiff has filed any prior and/or subsequent claims;

28. Any and all individuals who performed property damage estimates;

29. A custodian of records from NOPD;

30. 911 Communication Operator;

31. Any witness necessary to authenticate any documents and/or exhibits and/or photographs;

32. Any witness necessary for impeachment and/or rebuttal;

33. Any witness listed or sought to be called by any other party; and

34. Any witness identified through continuing discovery and/or the relevance of whose testimony becomes known at any time prior to trial.

Defendants reserve the right to supplement this list as discovery in this matter is ongoing.

## **EXHIBIT LIST**

1. Certified copies of any and all of Plaintiff's medical records regarding any treatment occurring before or after the alleged incident in question;

2. Certified copies of Plaintiff's pharmacy records;

3. Certified copies of any and all insurance policies which provide coverage for the damages asserted by Plaintiff, including, but not limited to Geico;

4. Any and all pleadings filed in this matter in state or federal court;

5. Any and all written discovery requests and written responses to discovery with attachments;

6. Portions of the police accident report pertaining to the alleged accident sued upon;

7. NOPD dash camera video taken at the scene of the subject accident;

8. Smartdrive video taken from the Knight Transportation, Inc. tractor on the day of the subject accident;

9. Driver Logs of Jamie Maurice from November 20, 2017 to November 28, 2017;

10. Six (6) photographs of Plaintiff's vehicle taken at the scene of the subject accident;

11. Five (5) photographs of Plaintiff's vehicle taken on or about January 26, 2018;

12. Electronic Vehicle Inspection Reports by Jamie Maurice from November 20, 2017 to November 28, 2017;

13. Repair order details for the 2015 Volvo tractor from October 9, 2017 to November 14, 2017;

14. Repair order details for the 2008 Pratt Chassis trailer from November 22, 2017 to November 28, 2017;

15. Knight Transportation, Inc. trip documents;

16. RR AT&T 1-242;

17. RR Dietze and Logan Spine Specialists 1-18;

18. RR DIS 1-15;

19. RR LA MRI 1-21;

20. RR Lonseth Pain 1-72;

21. RR Petrin 1-67;

22. RR Sprint 1-807;

23. RR Walgreens 1-12;

24. RR Westbank Physicians Rehab 1-89;

25. RR Worley Parsons 1-35;

26. RR Worley 1-98;

27. Certified copies of records from Geico Insurance Company;

28. Certified copies of records from Progressive Paloverde Insurance Company;

29. Certified copies of records from State Farm Mutual Automobile Insurance Company;

30. Plaintiff's cell phone records from any provider, including but not limited to T-Mobile/MetroPCS;

31. Cell phone records of any individuals that communicated with Plaintiff before or after the subject incident, who was also involved in an incident that occurred in a similar time, place or manner;

32. Petitions and/or police reports from incidents that occurred in a similar time, place or manner as the subject incident involving individuals that communicated with Plaintiff before or after the subject incident;

33. Any and all statements from Plaintiff regarding the alleged accident;

34. Photos of Interstate 10 and 610;

35. Any and all receipts, bills, estimates, appraisals, or records of any alleged property damage to Plaintiff's vehicle;

36. Any and all criminal records of Plaintiff;

37. Plaintiff's social media pages and postings;

38. Jamie Maurice driver qualification file;

39. Jamie Maurice training documents;

40. Knight Transportation, Inc. registration for 2015 Volvo tractor;

41. Certificate of title for Pratt Chassis trailer;

42. February 18, 2020 deposition transcript of Cornelius Garrison;

43. Subpoena response of The Dill Firm;

44. Any and all depositions taken by any party, with exhibits;

45. Any and all documents, the identity of which is learned throughout the course of discovery;

46. Any and all exhibits listed and/or introduced by any other party;

47. Any and all other exhibits offered, filed and/or introduced by any other party to this litigation; and

48. Any and all other exhibits for rebuttal purposes.

Defendants reserve the right to supplement this list as discovery in this matter is ongoing.

    Respectfully submitted,

    /s/ *Nathan M. Gaudet*

    GUY D. PERRIER, #20323
    gperrier@perrierlacoste.com
    NATHAN M. GAUDET, #30514
    ngaudet@perrierlacoste.com
    Perrier & Lacoste, LLC
    365 Canal Street, Suite 2550
    New Orleans, LA 70130
    Telephone:   (504) 212-8820
    Facsimile:   (504) 212-8825

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 27th day of November, 2020, at their last known address of record.

                                        /s/ *Nathan M. Gaudet*

                                     NATHAN M. GAUDET