UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REGINALD ROBERT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-11632** |
| **JAMIE MAURICE, et al.** | **SECTION: "G"(4)** |

## ORDER

**IT IS ORDERED** that a status conference is set for February 23, 2022 at 2:30 PM. The status conference will proceed via videoconference. Counsel will receive a Zoom link from chambers. Only counsel of record are permitted to appear at the conference.

**IT IS FURTHER ORDERED** that each person granted remote access to the status conference conducted by Zoom must abide by the general prohibition against photographing, recording, and rebroadcasting of court proceedings.

**NEW ORLEANS, LOUISIANA**, this 22nd day of February, 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**