UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| REGINALD ROBERT | * | CIVIL ACTION NO. 2:18-CV-11632 |
|---|---|---|
|  | * |  |
| VERSUS | * | JUDGE NANNETTE JOLIVETTE BROWN |
|  | * |  |
| JAMIE MAURICE, KNIGHT TRANSPORTATION, INC., AND ABC INSURANCE COMPANY | * * * | MAG. KAREN WELLS ROBY  **JURY TRIAL** |
|  | * |  |

\* \* \* \* \* \* \*

**MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION TO ENROLL AS ADDITIONAL COUNSEL**

MAY IT PLEASE THE COURT:

Defendants, **Knight Transportation, Inc.** and **Jamie Maurice**, respectfully submit the following Memorandum in Opposition to Plaintiff's Motion to Enroll as Additional Counsel. Less than two working days prior to trial Plaintiff, **Reginald Robert**, has now moved to enroll Mr. Joseph M. Bruno as additional counsel of record in this matter.

This matter has been pending for over three years, and Plaintiff's current counsel has handled every aspect. The Court has already signed off on the Pre-Trial Order (Doc. 259) identifying counsel for the parties. Defendants trial preparation and strategy has always been to try the case against Ms. Motta, and the case with Mr. Bruno involved is now different, and Defendants have no time to change strategy.

WHEREFORE, this Court should deny Plaintiff leave or, assuming leave is granted, deny Plaintiff's Motion to Enroll as Additional Counsel.

Respectfully submitted,

/s/ *Nathan M. Gaudet*
GUY D. PERRIER, #20323
gperrier@perrierlacoste.com
NATHAN M. GAUDET, #30514
ngaudet@perrierlacoste.com
Perrier & Lacoste, LLC
365 Canal Street, Suite 2550
New Orleans, LA  70130
Telephone:	(504) 212-8820
Facsimile:	(504) 212-8825

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 17th day of March, 2022, at their last known address of record.

/s/ *Nathan M. Gaudet*

NATHAN M. GAUDET