MINUTE ENTRY
BROWN, C. J.
MARCH 23, 2022

JS10: 2:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REGINALD ROBERT | CIVIL ACTION |
| VERSUS | NO: 18-11632 |
| JAMIE MAURICE, et al. | SECTION: "G" |

<u>JURY TRIAL</u>
Day 3

COURT REPORTER:  Cathy Pepper
CASE MANAGER:    Morgan Palmer
LAW CLERK:       Adam Basner

APPEARANCES:    Vanessa Motta & Joseph M. Bruno, Counsel for Plaintiff.
                Guy D. Perrier & Nathan M. Gaudet, Counsel for Defendants.

Court begins at 8:45 a.m.
Preliminary matters with counsel on record.
Jurors returned to the courtroom.
Closing arguments.
Jury charged and retired at 10:55 a.m. for deliberations.
Question of the jury to the Court attached.
Jury returned at 3:50 p.m. with verdict.
Verdict read. Verdict form made party of the record.
Jury thanked and excused.
Post trial motions under Rule 50 and 59 due within 28 days, all other post trial motions due within 14 days.
Counsel thanked and excused.
Court adjourned at 4:00 p.m.